# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| DANIEL NEWMAN,<br><br>   *Plaintiff*,<br><br>v.<br><br>CHURCH'S CHICKEN and MRS. LAWRENCE,<br><br>   *Defendants*. | CIVIL ACTION NO.<br>5:23-cv-00467-TES |

## ORDER OF DISMISSAL

Previously, on November 21, 2023, after reviewing pro se Plaintiff Daniel Newman's claims asserted in his Complaint [Doc. 1] as required by 28 U.S.C. § 1915(e), the Court afforded him 21 days—until December 12, 2023—to either submit an amended complaint or otherwise inform the Court that he no longer wishes to proceed with this action. [Doc. 3, pp. 2–9]. The Court also informed Plaintiff that failure to comply with its Order would result in the dismissal of his Complaint pursuant to Federal Rule of Civil Procedure 41(b). [*Id.* at p. 9]. Plaintiff did not file an amended complaint or attempt to otherwise comply with the Court's Order [Doc. 3] within the provided time. *See* Fed. R. Civ. P. 6(a)(1) & (d).

Although dismissal is an extraordinary remedy, dismissal without prejudice is generally appropriate pursuant to Rule 41(b) where a litigant disregards a court order

or fails to comply with one—"'especially where [he] has been forewarned.'" *Owens v. Pinellas Cnty. Sheriff's Dep't*, 331 F. App'x 654, 655 (11th Cir. 2009) (quoting *Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989)) (upholding dismissal without prejudice of pro se litigant's complaint for failure to follow court's instructions); *Daker v. Bryson*, 841 F. App'x 115, 122 (11th Cir. 2020) (citations omitted) (stating that "dismissal based on a plaintiff's failure to comply with a court order generally is not an abuse of discretion, especially where the litigant has been forewarned"). Therefore, the Court **DISMISSES** Plaintiff's Complaint [Doc. 1] **without prejudice** pursuant to Rule 41(b) based on his failure to comply with its previous Order or otherwise prosecute his case. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) (first citing Fed. R. Civ. P. 41(b); and then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order."). The Court **DIRECTS** the Clerk of Court to **ENTER** Judgment accordingly and **CLOSE** this case.

**SO ORDERED**, this 18th day of December, 2023.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**