IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DANIEL NEWMAN, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00467-TES |
| | * |
| CHURCH'S CHICKEN and MRS. LAWRENCE, | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 18, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 2nd day of January, 2024.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk